THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALI MOHAMED ELMI, | CASE NO. C19-0945-JCC |
|---|---|
| Petitioner, | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion for summary judgment (Dkt. No. 12). Judgment has already been entered in this case, dismissing Petitioner's petition without prejudice. (*See* Dkt. No. 9.) Therefore, Petitioner's motion for summary judgment (Dkt. No. 12) is DENIED.

DATED this 5th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0945-JCC
PAGE - 1